# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-2384

———————————————

Tyler Wayne Keast,

   Appellant,

v.

State of Florida,

   Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
Melissa G. Olin, Judge.

November 3, 2025

Per Curiam.

   Affirmed.

Ray, Kelsey, and Treadwell, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Victor D. Holder, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.